## IN THE MATTER OF JAMES MAY, MARSHAL

### 1806

### Journal Entries

1. Motion; order . . . . . . . . . . *Journal, infra,* \*p. 20
2. Motion for costs . . . . . . . . . . . "       21

### Papers in File

[None]